~~UNITED STATES~~ DISTRICT COURT FOR THE THE STATE OF MAINE

```
U. S. DISTRICT COURT
  DISTRICT OF MAINE
      PORTLAND
  RECEIVED & FILED

    JUL 0 7 2020

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK
```

TIFFANY BOND

VS

DUNLAP


and

    ETHAN WELD ALCORN                            Pro Se Intervenor,   vs.

DUNLAP


Ethan Weld Alcorn, Pro Se, 492 Boom Rd. Saco, Maine 04072 ethanaps@gmail.com
207-602-6350


MOTION TO INTERVENE


      Pursuant to Federal Rule of Civil Procedure 24, Intervenor moves to intervene in this action for the reasons that follow:


1. The underlying action is brought by TIFFANY BOND

2. Under current MAINE law the Plaintiff ( candidate) must collect a large number of signatures of registered voters, and file said signatures and other documents with the Defendants in order to get on the November 3, 2020 General Election Ballot.

3. The Plaintiff allegeS that due to the shelter in place order and social distancing restriction in place because of the COVID-19 pandemic, it is impossible for her as a candidate to get the required voter signatures, and therefore impossible for them to get on the November 3, 2020 ballot.

4. The Plaintiff alleges that the MAINE signature requirements as applied to the November 3, 2020 election are therefore unconstitutional, or at least grossly unfair.

5. For relief the Plaintiff seeks a preliminary injunction or temporary restraining order, as well as a permanent injunction prohibiting the Defendants from enforcing MAINE'S signature requirement for Independent candidates for office for the November 3, 2020 election, and

directing the Defendants to accept the Plaintiff's candidate nomination papers for the November 3, 2020 election without requiring the supporting signatures from voters; and directing the Defendants to place Plaintiff candidates' names and the Plaintiff new political parties' candidates' names on the MAINE November 3, 2020 General Election ballot.

6. Intervenor Ethan Weld Alcorn, native of Maine and current Maine resident, is an independent candidate seeking election at the November 3, 2020 election to the office of President of the United States of America.

7. Alcorn ran unsuccessfully for Governor of Maine in 2018, was married for 20 years, raised 3 children, who are all doing great things in the world, raising children, and finding their ways. Alcorn comes from a long line of Federal judges and likes to joke that his middle name is "justice" because he got it from his great uncle , John Weld Peck, Jr, who was the Cincinnati Court Of Appeals Judge who's name was given to the Federal building there. His Grandmother, Jane , was the daughter of another Federal judge, also named John Weld

Peck. It has been a lifelong dream to run for President, and Mr. Alcorn believes that now more than ever, an Independent is needed in this country to break up the two-party "monopoly" power grab and consequent bickering, division, etc., ad naseum. Alcorn has run a small business, worked in corporate, non-profit, and government capacities. He has managed people, programs, and entire facilities through both good and troubled times, and stood ready to work and to protect those under his careful watch.

8. Intervenor Alcorn intends to soon be qualified for the ballot as candidate for President in the State of Colorado, and Vermont, and others.

9. The Intervenor has claims that share with the main action common questions of law and fact in that as an independent candidate seeking election at the November 3, 2020 general election must collect signatures of Maine.

10. The Intervenor suffers under the same restrictions as the Plaintiff candidate that prohibits her from collecting voter signatures.

11. The Intervenor seeks similar relief as the Plaintiff, in that she seeks an injunction prohibiting Defendants from enforcing the MAINE signature requirement for independent candidates for office for the November 3, 2020 election, and also directing Defendants to accept the Intervenors' nomination papers for the November 3, 2020 election without requiring the supporting signatures from voters; and directing Defendants to place Intervenors' names on the MAINE November 3, 2020 General Election ballot.

12. The Intervenor acknwoledges the Governor's action of already moving the deadline date on this issue, but seeks the further actions herein presented.

WHEREFORE, the Intervenor pray that he be granted leave to intervene in this case.

Respectfully submitted

s/ Ethan Weld Alcorn

Ethan Weld Alcorn

492 Boom Rd.    Saco, Maine 04072

207-602-6350         ethanaps@gmail.com

APOLOGY TO THE COURT AND VARIOUS COUNSELS

I apologize to the court and counsels for mistakes in formatting and other such errors; requesting

some latitude often given to Pro Se filings.