UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TIFFANY BOND,<br><br>      Plaintiff<br><br>v.<br><br>MATTHEW DUNLAP, in his official capacity as Secretary of State for the State of Maine; JANET MILLS, in her official Capacity as the Governor of the State of Maine; TROY JACKSON, in his official Capacity as the President of the Maine Senate; and SARA GIDEON, in her official Capacity as the Speaker of the House,<br><br>      Defendants. | Civil No. 1:20-cv-00216-NT |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Tiffany Bond and defendants Matthew Dunlap, Janet Mills, Troy Jackson and Sara Gideon, in their official capacities, by their undersigned counsel, hereby stipulate to dismissal of this action with prejudice and without costs or fees to any party.

November 19, 2020

Respectfully submitted,

/s/ Tiffany Bond
TIFFANY BOND
3 Colonial Road
Portland, ME 04102
incoming@tiffanybond.com

*Pro Se Plaintiff*

1

AARON M. FREY
ATTORNEY GENERAL

/s/ Phyllis Gardiner
PHYLLIS GARDINER
Assistant Attorney General
Phyllis.gardiner@maine.gov

THOMAS A. KNOWLTON
Assistant Attorney General
Thomas.a.knowlton@maine.gov
6 State House Station
Augusta, Maine 04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

Dated:  November 19, 2020                                /s/ Phyllis Gardiner
                                                                 PHYLLIS GARDINER
                                                                 Assistant Attorney General
                                                                 Phyllis.gardiner@maine.gov